JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN LIBERTY BAIL BONDS, et al.<br><br>Plaintiffs,<br><br>v.<br><br>BMW OF NORTH AMERICA, LLC,<br><br>Defendant. | CV 23-2676 PA (JPRx)<br><br>JUDGMENT OF DISMISSAL |

Pursuant to the Court's January 2, 2024 Minute Order dismissing this action for lack of prosecution and failure to comply with the Court's Order,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

DATED: January 2, 2024

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE